UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES DANIEL, JR.,

        Plaintiff,

v.

SGT. MAXSSON, et al.,

        Defendants.

Case No. C08-1451-RSM-BAT

ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion for Judgment on the Pleadings (Dkt. 29) is DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 13 day of October, 2009.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE