UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES DANIEL, JR., | CASE NO. C08-1451RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SGT. MAXSSON, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Defendants have filed a second, and untimely, motion for summary judgment. Dkt. # 107. The deadline for filing dispositive motions was January 28, 2010. Dkt. # 51. The Court's Order for trial preparation did not revive the time for filing dispositive motions. Dkt. # 105. Accordingly, the motion for summary judgment shall be stricken unless defendants file, within ten (10) days of the date of this Order, a motion seeking leave to file the new dispositive motion.

Dated this 23rd day of March 2011.

William M. McCool
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER - 1